# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131403
131404

MICHAEL COLTON, Personal
Representative of the Estate of
Alexis Hall,
      Plaintiff-Appellee,

v

DEVKUMAR S. NANDAMUDI,
M.D., a/k/a DEVELOPMENT S.
NANDAMUDI, M.D., and
CHILDREN'S HEALTH CARE
OF PORT HURON,
      Defendants-Appellees,

and

PORT HURON HOSPITAL,
      Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131403, 131404
COA: 268524, 268533
St. Clair CC: 05-001942-NH

On order of the Court, the application for leave to appeal the April 28, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

l0918

                        Clerk